EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* BALBINA RODRÍGUEZ, acusada y apelante.

No. 2813.—*Visto:* Noviembre 16, 1926. *Resuelto:* Julio 30, 1927.

1. PESAS Y MEDIDAS—DENUNCIA—REQUISITOS Y SUFICIENCIA—ALEGACIÓN DE LA TOLERANCIA POR DEFECTO DE PESO.—Una denuncia que alegue que a una pesa —cuyo uso motiva la denuncia—le falta una cantidad determinada de gramos que es mayor que la tolerancia permitida . . . . a pesas de esa clase y peso sin especificar la tolerancia permitida a tal clase de pesas, es insuficiente.

2. DERECHO PENAL—EVIDENCIA—CONOCIMIENTO JUDICIAL—REGLAMENTOS ADMINISTRATIVOS EN GENERAL.—Las cortes no pueden tomar conocimiento judicial de los Reglamentos Administrativos, ni pueden tomarlo tampoco de la *tolerancia* permitida a las pesas.

SENTENCIA de *Rafael López Antongiorgi,* J. (Guayama), declarando culpable a la acusada del delito de infracción a la Ley de Pesas y Medidas, con costas. *Revocada* y absuelta la acusada.

*Adolfo Porrata Doria,* abogado de la apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

En la denuncia hecha contra la apelante Balbina Rodríguez se dice que en su negocio de pulpería usaba una pesa de media libra, que comprobada resultó pesar doscientos diez y seis gramos (216), teniendo la libra *standard* cuatrocientos cincuenta y tres gramos (453), faltándole a esa pesa diez gramos (10) para pesar media libra, lo que es mayor que la tolerancia establecida por el Secretario Ejecutivo de Puerto Rico a pesas de la clase y peso de la que es objeto de la denuncia.

[1, 2] Alega la apelante que la denuncia no contiene hechos constitutivos de delito y tiene razón, pues diciéndose en ella que a la pesa de media libra por cuyo uso se denunció a la apelante le faltaban diez gramos "lo que es mayor que la tolerancia establecida por el Secretario Ejecutivo de Puerto Rico, a pesas de la clase y peso de la que es objeto de la denuncia," ha debido decirse en la denuncia cuál es la tolerancia permitida a esa clase de pesas para que la corte pudiera por la lectura de la denuncia saber que efectivamente tenía un exceso de la tolerancia permitida, ya que no puede tomar conocimiento judicial de tal tolerancia, según hemos resuelto en los casos de *El Pueblo* v. *Garau,* 29 D.P.R. 1038, y *El Pueblo* v. *Mulero,* 32 D.P.R. 902.

Por el motivo expresado la sentencia apelada *debe ser revocada y absolverse a la denunciada.*

El Juez Asociado Sr. Wolf no intervino.